**FILED**

08/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0309

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0309

IN RE THE EXPUNGEMENT
OF MISDEMEANOR RECORDS OF

JUSTIN B. DICKEY,

Petitioner and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 14, 2020, within which to prepare, serve, and file its response brief.

RC

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 27 2020